UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

CIVIL ACTION NO. 11-86-JBC

DEBRA LEE HENRY,                                                  PLAINTIFF,

V.                                 **JUDGMENT**

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,                        DEFENDANT.

\* \* \* \* \* \* \* \* \* \* \* \*

The court, having denied the plaintiff's motion for summary judgment and having granted the defendant's motion for summary judgment, enters **JUDGMENT** in accordance with that order.

There being no just cause for delay, this order is **FINAL** and **APPEALABLE**.

This matter is **STRICKEN** from the court's active docket.

Signed on December 27, 2012

*Jennifer B. Coffman*
JENNIFER B. COFFMAN, JUDGE
U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY